> Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 10) is GRANTED, and the briefing schedule is REVISED as set forth below:
>
> --Plaintiff's Motion: **March 29, 2022;**
> --Defendant's Cross-Motion: **May 30, 2022;**
> --Reply, if any: **June 20, 2022**.
>
> The Clerk of Court is respectfully directed to close ECF No. 10.
>
> SO ORDERED 1/26/2022
>
> SARAH L. CAVE
> United States Magistrate Judge

25 Newbridge Road
Suite 203
Hicksville, NY 11801

P: 800.692.3717
P: 516.742.3636
F: 516.742.3994

www.workerslaw.com

Author's Direct:

Electronically Filed

January 25, 2022

Honorable Paul G. Gardephe
United States District Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re: *John Wolf Kostick v. Commissioner of Social Security*
Civil Action No. 1:21-cv-07107-PGG-SLC

Dear Judge Gardephe:

The undersigned with the consent of Defendant, respectfully requests a 60-day extension to serve and file Plaintiff's Motion for Summary Judgment on the Pleadings. This is Plaintiff's first extension request in this matter. If granted, Plaintiff's Motion for Summary Judgment would be due on March 29, 2022.

We thank Your Honor for consideration in this matter.

Very truly yours,

PASTERNACK TILKER ZIEGLER
WALSH STANTON & ROMANO, LLP

*Christopher D. Latham*

CHRISTOPHER D. LATHAM

CDL sv

cc: Joseph Anthony Pantoja via ECF

Offices located in:
MANHATTAN • BROOKLYN • BRONX • QUEENS • NASSAU • SUFFOLK • WESTCHESTER • ROCKLAND • ORANGE
Mailing Address: 180 Livingston Street, 2nd Floor, Brooklyn, NY 11201 • 800.692.3717 • www.workerslaw.com

