Plaintiff's letter-motion requesting an extension of the social security briefing schedule (ECF No. 13) is GRANTED IN PART AND DENIED IN PART, and the deadlines are extended by 30 days as set forth below:

--Plaintiff's Motion: **April 28, 2022**;
--Defendant's Cross-Motion: **June 27, 2022**;
--Reply (if any): **July 18, 2022**.

Further extensions are unlikely to be granted.  The Clerk of Court is respectfully directed to close ECF No. 13.

SO ORDERED 3/8/2022

March 7, 2022

SARAH L. CAVE
United States Magistrate Judge

Honorable Paul G. Gardephe
United States District Court Judge
Southern District of New York
40 Foley Square, Room 2204
New York, New York 10007

Re:   *John Wolf Kostick v. Commissioner of Social Security*
      Civil Action No. 1:21-cv-07107-PGG-SLC_____

Dear Judge Gardephe:

    The undersigned with the consent of Defendant, respectfully requests a 60-day extension to file and serve Plaintiff's Motion for Summary Judgment on the Pleadings. Counsel respectfully request that Court grants this motion. This is Plaintiff's second extension request in this matter.  Our office received approximately 10 Certified Administrative Records within a few days of each other.  The resultant schedules include 8 motions due on the same date.  Due to the unexpected influx of records and our limited capacity to handle such high volume in such a short time, we need additional time to file motions, including this one.

    Ig granted, the following is the proposed Revised Scheduling Order:

- Plaintiff to file and serve his Motion on May 27, 2022.
- Defendant to file and serve their Cross-Motion on July 26, 2022.
- Plaintiff to file and serve his Reply on August 16, 2022.

    We thank Your Honor for consideration in this matter.

                    Very truly yours,

                    PASTERNACK TILKER ZIEGLER
                    WALSH STANTON & ROMANO, LLP
                    *Christopher D. Latham*
                    CHRISTOPHER D. LATHAM

CDL sv

cc:     Joseph Anthony Pantoja via ECF