**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
JOHN WOLF KOSTICK,

                Plaintiff,                21 **CIVIL** 7107 (SLC)

    -v-                             **JUDGMENT**

KILOLO KIJAKAZI, ACTING
COMMISSIONER OF SOCIAL SECURITY,

                Defendant.
-----------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Opinion and Order dated September 21, 2022, Mr. Kostick's Motion is DENIED and the Commissioner's Motion is GRANTED; accordingly, the case is closed.

**Dated:**  New York, New York
         September 21, 2022

                                                **RUBY J. KRAJICK**

                                                _____
                                                  **Clerk of Court**

                              **BY:**    *K. Mango*

                                                  _____
                                                  **Deputy Clerk**